Linwood Hugh **CARTER**, Plaintiff-
Appellant,

v.

**TAYLOR DIVING & SALVAGE CO.,**
**and Brown & Root, Inc.,**
Defendants-Appellees.

No. 72–2001.

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 1973.

Darryl J. Tschirn, New Orleans, La.,
for plaintiff-appellant.

Lawrence J. Ernst, New Orleans, La.,
for defendant-appellee.

Before GEWIN, BELL and GOD-
BOLD, Circuit Judges.

PER CURIAM:

For reasons sufficiently stated in the
opinion of the District Court, 341 F.
Supp. 628 (E.D.La.), the judgment is
affirmed.